O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2735 AHM (VBKx) | Date | February 11, 2011 |
|---|---|---|---|
| Title | CREATIVE INTEGRATED SYS., INC., v. NINTENDO OF AMERICA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS Plaintiff's Motion to Amend. (Dkt. 85).

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                              :

                                                              Initials of Preparer       SMO