O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-02735-AHM (VBKx) | Date | February 28, 2011 |
|---|---|---|---|
| Title | CREATIVE INTEGRATED SYS., INC., v. NINTENDO OF AMERICA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court will address the merits of Defendants' Motion for Partial Summary Judgment (Dkt. 90). The Court hereby takes that Motion OFF-CALENDAR and UNDER SUBMISSION.

                                                                                        :

                                          Initials of Preparer         SMO