1

2                                                              JS-6

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10   CREATIVE INTEGRATED              | **Case No. 10-CV-2735 AHM (VBK)**
     SYSTEMS, INC.,
11                                    | **FINAL JUDGMENT**
12          Plaintiff,
                                      | Judge: Hon. A. Howard Matz
13          v.

14   NINTENDO OF AMERICA INC.;
     NINTENDO CO., LTD.; MACRONIX
15   AMERICA, INC.; and MACRONIX
     INTERNATIONAL CO., LTD.
16
17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   Based upon the Parties' Joint Stipulation of Non-Infringement and Proposed
2   Covenant not to Sue with Respect to U.S. Patent No. 5,812,461 ("the '461 patent), and
3   based on the previous "Order Approving Joint Stipulation of Non-Infringement With
4   Respect To U.S. Patent No. 5,241,497 and Judgment of Non-Infringement of U.S.
5   Patent No. 5,241,497,"said Joint Stipulation of Non-Infringement and Proposed
6   Covenant not to Sue with Respect to the '461 patent is **APPROVED**, and **IT IS**
7   **HEREBY ORDERED AND ADJUDGED**:

8      1.   Final Judgment with prejudice is hereby entered in favor of the
9   Defendants and against the Plaintiff.   By agreement of the Parties, this Final
10  Judgment, as it relates to the '461 patent, shall not be appealable.

11     2.   The issues of, and any motions, petitions, or proceedings related to, the
12  taxation of costs and the potential entitlement to fees pursuant to 35 U.S.C. Sec. 285
13  or on any other basis, is deferred until 28 days after the conclusion of any appeal of
14  this Final Judgment as it relates to the '497 patent.   In the event no appeal is taken
15  from this Final Judgment as it relates to the '497 patent, any petition or motion for
16  costs and/or fees as relates to either patent shall be filed 28 days after the last day for
17  filing a timely notice of appeal.

18     **IT IS SO ORDERED.**

19
20  Date:  July 23 , 2012

21
22                                              _____
                                                Honorable A Howard Matz
23                                              UNITED STATES DISTRICT JUDGE

24
25
26
27
28

1

[PROPOSED] FINAL JUDGMENT

Case No. 10-CV-2735 AHM (VBKx)