1 | STEPHEN R. MICK (SBN 131569)
   *stephen.mick@btlaw.com*
2 | DEVIN STONE (SBN 260326)
   *dstone@btlaw.com*
3 | **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
4 | Los Angeles, California 90076-3210
   Telephone:   (310) 284-3880
5 | Facsimile:   (310) 284-3894

6 | TODD G. VARE (admitted *Pro Hac Vice*)
   *todd.vare@btlaw.com*
7 | DONALD E. KNEBEL (admitted *Pro Hac Vice*)
   *donald.knebel@btlaw.com*
8 | JEFF BARRON (admitted *Pro Hac Vice*)
   *jeff.barron@btlaw.com*
9 | AARON STASER (admitted *Pro Hac Vice*)
   *aaron.staser@btlaw.com*
10 | **BARNES AND THORNBURG LLP**
    11 South Meridian Street
11 | Indianapolis, Indiana 46204-3535
    Telephone:   (317) 236-1313
12 | Facsimile:   (317) 231-7433

13 | Attorneys for Plaintiff CREATIVE INTEGRATED
    SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| **CREATIVE INTEGRATED SYSTEMS, INC.,** | **Case No. 2:10-CV-2735 PA (VBK)** |
| **Plaintiff,** | **PLAINTIFF CREATIVE INTEGRATED SYSTEMS, INC.'S SUPPLEMENTED OFFER OF PROOF FOR THE EXPERT OPINIONS OF MICHAEL PELLEGRINO IN LIGHT OF THE COURT'S RULING ON MOTION IN LIMINE NO. 3** |
| **v.** | |
| **NINTENDO OF AMERICA INC.; NINTENDO CO., LTD.; MACRONIX AMERICA, INC.; and MACRONIX INTERNATIONAL CO., LTD.,** | Trial: March 4, 2014 Courtroom: 15 |
| **Defendants.** | **Judge: Hon. Percy Anderson** |

1    Pursuant to the Court's Order dated January 31, 2014 (Doc. 398) and the Court's

2    ruling granting Defendants' Motion in Limine No. 3 after the conclusion of proceedings

3    before the Jury on March 6, 2014, Plaintiff Creative Integrated Systems, Inc.

4    ("Creative" or "CIS") submits the following supplemental proffer for its expert witness

5    on damages, Michael Pellegrino, whom it will present at trial on March 7, 2014.

6    Mr. Pellegrino's opinions include a royalty rate adjustment to correct for

7    Nintendo pricing.  The formula for the rate adjustment is expressed on pages 61 and 62

8    of Mr. Pellegrino's expert report and is discussed in Paragraphs 193 through 195 of his

9    Proffer (Doc. 452 (corrected version)). Defendants have not sought to exclude the

10   royalty rate adjustment.  Following the Court's ruling, the rate adjustment will be 0.44%

11   instead of 0.59%.

12   The calculations under Defendants' proposed financial records are:

13        2.0% Royalty Rate:              $ 5,185,212

14        +0.44% Adjustment:              $ 1,130,515

15        2.44% Royalty Rate:             $ 6,315,727

16   The calculations under the financial records that Defendants originally produced

17   in the lawsuit are:

18        2.0% Royalty Rate:              $ 5,984,116

19        +0.44% Adjustment:              $ 1,302,864

20        2.44% Royalty Rate:             $ 7,286,980

21   The foregoing amounts reflect the application of Mr. Pellegrino's opinion, less his

22   design fee component, to Defendants' financial records.

23   This Supplemental Proffer incorporates by reference all other statements of

24   anticipated testimony and anticipated exhibits that were included in the Plaintiff's

25   Proffer filed on February 10, 2014, and corrected Proffer filed on February 18, 2014

26   (Doc. 452).

27

28

PLAINTIFF CREATIVE INTEGRATED SYSTEMS, INC.'S SUPPLEMENTAL OFFER OF PROOF FOR THE
EXPERT OPINIONS OF MICHAEL PELLEGRINO (CASE IN CHIEF ONLY)

Dated: March 6, 2014

Respectfully submitted:

**BARNES & THORNBURG LLP**

By: */s/Todd G. Vare* _____

TODD G. VARE

LADS01 130130v1

PLAINTIFF CREATIVE INTEGRATED SYSTEMS, INC.'S SUPPLEMENTAL OFFER OF PROOF FOR THE
EXPERT OPINIONS OF MICHAEL PELLEGRINO (CASE IN CHIEF ONLY)