1    STEPHEN R. MICK (SBN 131569)
     *stephen.mick@btlaw.com*
2    DEVIN STONE (SBN 260326)
     *dstone@btlaw.com*
3    **BARNES & THORNBURG LLP**
     2029 Century Park East, Suite 300
4    Los Angeles, California 90076-3210
     Telephone:   (310) 284-3880
5    Facsimile:    (310) 284-3894

6    TODD G. VARE (admitted *Pro Hac Vice*)
     *todd.vare@btlaw.com*
7    DONALD E. KNEBEL (admitted *Pro Hac Vice*)
     *donald.knebel@btlaw.com*
8    JEFF M. BARRON (admitted *Pro Hac Vice*)
     *jeff.barron@btlaw.com*
9    AARON STASER (admitted *Pro Hac Vice*)
     *aaron.staser@btlaw.com*
10   **BARNES AND THORNBURG LLP**
     11 South Meridian Street
11   Indianapolis, Indiana 46204-3535
     Telephone:   (317) 236-1313
12   Facsimile:    (317) 231-7433

13   Attorneys for Plaintiff CREATIVE INTEGRATED
     SYSTEMS, INC.
14

15   *List of counsel continued on the second page*

16           **UNITED STATES DISTRICT COURT**

17     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

18

| | |
|---|---|
| **CREATIVE INTEGRATED SYSTEMS, INC.,** | Case No. **2:10-CV-2735 PA (VBK)** |
|           **Plaintiff,** | **PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY** |
|     **v.** | |
| **NINTENDO OF AMERICA INC.; NINTENDO CO., LTD.; MACRONIX AMERICA, INC.; and MACRONIX INTERNATIONAL CO., LTD.,** | Trial: March 4, 2014<br>Courtroom: 15<br>Judge: Hon. Percy Anderson |
|         **Defendants.** | |

19
20
21
22
23
24
25
26
27
28

Plaintiff Creative Integrated Systems, Inc. ("Creative" or "CIS") respectfully moves *in limine* to bar testimony that is not based on the personal knowledge of the witness, which is admittedly a "guess," and which has no evidentiary foundation. *See* Fed. R. Evid. 602, 801, 802. Defendants want to play the following testimony from Mr. Komarek's deposition dated December 1, 2010 (emphasis added):

05 So Ricoh made the chips that you designed for

06 them, the ROM chips, and sold them to Nintendo?

….

08 THE WITNESS: Yes.

09 BY MR. O'CONNOR:

10 Q. And Nintendo put those chips in Nintendo

11 products and sold them throughout the world?

….

14 THE WITNESS: **That is my guess.**

15 BY MR. O'CONNOR:

16 Q. Including in the United States?

….

20 Q. Is that your understanding -- that it was also

21 including in the United States?

….

24 THE WITNESS: That was my understanding.

No foundation has been laid to demonstrate that Mr. Komarek had reason to know what Nintendo did with the ROM chips or where they were sold. As indicated in the testimony itself, Mr. Komarek's statements that Nintendo was selling products containing ROM chips "throughout the world" "including in the United States" are all based on an admitted "guess." This testimony is inadmissible. It is not based on personal knowledge. Fed. R. Evid. 602 ("A witness

---

may testify to a matter only if evidence is introduced sufficient to support a finding

that the witness has personal knowledge of the matter."); *see also Carmen v. San*

*Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001) ("It is not

enough for a witness to tell all she knows; she must know all she tells."). Nor is

there any explanation in the deposition testimony (or outside of it) as to why Mr.

Komarek made this guess, save for the possibility that he heard it from some

unidentified person.  It is thus inadmissible for the additional reason that it is based

on hearsay. *See* Fed. R. Evid. 801, 802.

Dated: March 11, 2014                          Respectfully submitted:

                                               **BARNES & THORNBURG LLP**

                                               By:  /s/ Jeff M. Barron
                                                    JEFF M. BARRON
                                               Attorneys for Plaintiff Creative Integrated
                                               Systems, Inc.