STEPHEN R. MICK (SBN 131569)
 *stephen.mick@btlaw.com*
DEVIN STONE (SBN 260326)
 *dstone@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90076-3210
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

TODD G. VARE (admitted *Pro Hac Vice*)
 *todd.vare@btlaw.com*
DONALD E. KNEBEL (admitted *Pro Hac Vice*)
 *donald.knebel@btlaw.com*
JEFF M. BARRON (admitted *Pro Hac Vice*)
 *jeff.barron@btlaw.com*
AARON STASER (admitted *Pro Hac Vice*)
 *aaron.staser@btlaw.com*
**BARNES AND THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone:   (317) 236-1313
Facsimile:    (317) 231-7433

Attorneys for Plaintiff CREATIVE INTEGRATED SYSTEMS, INC.

*List of counsel continued on the second page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **CREATIVE INTEGRATED SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NINTENDO OF AMERICA INC.; NINTENDO CO., LTD.; MACRONIX AMERICA, INC.; and MACRONIX INTERNATIONAL CO., LTD.,**<br><br>**Defendants.** | Case No. 2:10-CV-2735 PA (VBK)<br><br>**PLAINTIFF'S MOTION TO ENFORCE FED. R. CIV.P. 32(A)(6) AND FED. R. EVID. 611**<br><br>Trial: March 4, 2014<br>Courtroom: 15<br>Judge: Hon. Percy Anderson |

"If a party offers in evidence only part of a deposition, an adverse party may require the offeror to introduce other parts that in fairness should be considered with the part introduced, and any party may itself introduce any other parts." Fed. R. Civ. P. 32(a)(6); *see also* Fed. R. Evid. 106. Defendants have attempted to avoid these Rules by offering revised deposition designations at the last minute and refusing to provide Plaintiff with the opportunity to counter-designate. The most recent set of revised designations from Defendants arrived at 10:52 p.m. on March 10, 2014—to be played the next morning, March 11.

Defendants' new designations strip background and context for the remaining testimony, including matters that should, in fairness, be considered by the jury. Pursuant to Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106, Plaintiff has proposed limited counter-designations. All of Plaintiff's counter-designations reflect testimony that ***Defendants*** had previously designated and which pertain to the testimony that Defendants still want to play for the jury. Defendants have refused to include these appropriate counter-designations.

Defendants' last-minute changes to their designations and refusals to permit Plaintiff to offer counter-designations violate Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106. Defendants' conduct also violates the Court's Orders, which provided for an orderly presentation of deposition designations, counter-designations, and objections—all with an opportunity for the Court to rule on any disputes. *See* Dkt. 397 (Order dated January 31, 2014). Consequently, Plaintiff respectfully moves the Court for an order enforcing Fed. R. Civ. P. 32(a)(6) and Fed. R. Evid. 106, and barring Defendants from playing any deposition testimony without permitting Plaintiff the opportunity to offer appropriate counter-designations.

1  Dated: March 11, 2014            Respectfully submitted:

2                                   **BARNES & THORNBURG LLP**

3                                   By: /s/ Jeff M. Barron
                                        JEFF M. BARRON
4                                   Attorneys for Plaintiff Creative Integrated Systems, Inc.