# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-2735 PA (VBKx) | Date | March 6, 2014 |
| Title: | Creative Integrated Systems, Inc. v. Nintendo of America, Inc., et al. | | |

Present: The Honorable  Percy Anderson, U.S. District Court Judge

| Paul Songco | Leandra Amber and Rosalyn Adams |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Todd Vare, Jeff Barron and Stephen Mick | Daniel O'Connor, D. James Pak, Edward Runyan and Daniel Tallitsch |

    _____ Day Court Trial      3rd Day Jury Trial

_____ One day trial: _____ Begun (1st day); **X** Held & Continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
**X** Witnesses called, sworn and testified. **X** Exhibits Identified **X** Exhibits admitted.
_____ Plaintiff(s) rest. _____ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court instructs jury.
_____ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled. _____ Polling waived.
_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted. _____ Briefs to be filed by
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to March 7, 2014, at 8:00 a.m. for further trial/further jury deliberation.
**X** Other: The Court grants defendant's Motion in Limine to Exclude CIS' Damages Argument (Docket No. 385)

     5 : 28

Initials of Deputy Clerk    PS

cc: