STEPHEN R. MICK (SBN 131569)
 stephen.mick@btlaw.com
DEVIN STONE (SBN 260326)
 dstone@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90076-3210
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

TODD G. VARE (admitted *Pro Hac Vice*)
 todd.vare@btlaw.com
DONALD E. KNEBEL (admitted *Pro Hac Vice*)
 donald.knebel@btlaw.com
JEFF M. BARRON (admitted *Pro Hac Vice*)
 jeff.barron@btlaw.com
AARON STASER (admitted *Pro Hac Vice*)
 aaron.staser@btlaw.com
**BARNES AND THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone:   (317) 236-1313
Facsimile:   (317) 231-7433

Attorneys for Plaintiff CREATIVE INTEGRATED SYSTEMS, INC.

*List of counsel continued on the second page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **CREATIVE INTEGRATED SYSTEMS, INC.,**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**NINTENDO OF AMERICA INC.; NINTENDO CO., LTD.; MACRONIX AMERICA, INC.; and MACRONIX INTERNATIONAL CO., LTD.,**<br><br>         **Defendants.** | Case No. 2:10-CV-2735 PA (VBK)<br><br>**CORRECTIVE INSTRUCTION REGARDING THE IRRELEVANCE OF DEFENDANTS' ASSERTIONS IN CLOSING ARGUMENT REGARDING PLAINTIFF'S ALLEGED DELAY**<br><br>Trial: March 4, 2014<br>Courtroom: 15<br>Judge: Hon. Percy Anderson |

1   Plaintiff's proposed Instruction:

2   Any alleged delay in Plaintiff's decision to file this lawsuit is

3   irrelevant to the issues that you have been asked to decide in this

4   lawsuit. Any issues regarding the Plaintiff's delay in filing suit are for

5   the Court to decide. You should determine the issues before you on

6   their merits based on the evidence that you have seen and heard.

Dated: March 14, 2014                Respectfully submitted:

**BARNES & THORNBURG LLP**

By: */s/Todd G. Vare*
         TODD G. VARE
Attorneys for Plaintiff Creative Integrated Systems, Inc.