STEPHEN R. MICK (SBN 131569)
 *stephen.mick@btlaw.com*
DEVIN STONE (SBN 260326)
 *dstone@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90076-3210
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

TODD G. VARE (admitted *Pro Hac Vice*)
 *todd.vare@btlaw.com*
DONALD E. KNEBEL (admitted *Pro Hac Vice*)
 *donald.knebel@btlaw.com*
JEFF M. BARRON (admitted *Pro Hac Vice*)
 *jeff.barron@btlaw.com*
AARON STASER (admitted *Pro Hac Vice*)
 *aaron.staser@btlaw.com*
**BARNES AND THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone:   (317) 236-1313
Facsimile:    (317) 231-7433

Attorneys for Plaintiff CREATIVE INTEGRATED SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| **CREATIVE INTEGRATED SYSTEMS, INC.,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**NINTENDO OF AMERICA INC.; NINTENDO CO., LTD.; MACRONIX AMERICA, INC.; and MACRONIX INTERNATIONAL CO., LTD.,**<br><br>        **Defendants.** | Case No. 2:10-CV-2735 PA (VBK)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE BY AARON M. STASER**<br><br>Judge:  Hon. Percy Anderson |

1  Aaron M. Staser hereby withdraws his appearance for Plaintiff, Creative
2  Integrated Systems, Inc. ("Creative"), in the above-captioned matter. Todd Vare, Jeff
3  Barron, Stephen Mick, and Devin Stone, each of Barnes & Thornburg LLP, remain as
4  counsel for Creative in this matter

Dated: March 14, 2014                Respectfully submitted:

**BARNES & THORNBURG LLP**

By: */s/Aaron M. Staser*
         AARON M. STASER

Attorneys for Plaintiff Creative Integrated Systems, Inc.