# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 10-2735 PA (VBKx) |
| Title: | Creative Integrated Systems, Inc. v. Nintendo of America, Inc., et al. |
| Date | March 14, 2014 |

Present: The Honorable  Percy Anderson, U.S. District Court Judge

| Paul Songco | Rosalyn Adams |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Todd Vare, Jeff Barron and Stephen Mick | Daniel O'Connor, D. James Pak, Omar Galaria, Edward Runyan, and Daniel Tallitsch |

___ Day Court Trial      9th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X   Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   X   Exhibits Identified   X   Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   X   Court instructs jury.
X  Bailiff(s) sworn.   X  Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
X   Motion for Judgment/Directed Verdict by   Defendant   is   ___ granted.   ___ denied.   X   submitted.
___ Settlement reached and placed on the record.
X   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
X   Case continued to   March 17, 2014 at 8:00 a.m.   for further trial/further jury deliberation.
X   Other:   Court and counsel confer concerning Jury Note No. 1, 2, and 3.

4 : 07

Initials of Deputy Clerk   PS

cc: