# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 10-2735 PA (VBKx) |
| Title: | Creative Integrated Systems, Inc. v. Nintendo of America, Inc., et al. |
| Date | March 17, 2014 |

Present: The Honorable    Percy Anderson, U.S. District Court Judge

| Paul Songco | Leandra Amber |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Todd Vare | Daniel O'Connor, Edward Runyan |

_____ Day Court Trial    10th Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  X  Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.  _____ Exhibits Identified  _____ Exhibits admitted.
_____ Plaintiff(s) rest.  _____ Defendant(s) rest.
_____ Closing arguments made by  _____ plaintiff(s)  _____ defendant(s).  _____ Court instructs jury.
_____ Bailiff(s) sworn.  _____ Jury retires to deliberate.  X  Jury resumes deliberations.
_____ Jury Verdict in favor of  _____ plaintiff(s)  _____ defendant(s) is read and filed.
_____ Jury polled.  _____ Polling waived.
_____ Filed Witness & Exhibit Lists  _____ Filed jury notes.  _____ Filed jury instructions.
_____ Judgment by Court for _____  _____ plaintiff(s)  _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by  _____ plaintiff(s)  _____ defendant(s).
_____ Case submitted.  _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
 X  Case continued to   March 18, 2014 at 8:00 a.m.   for further trial/further jury deliberation.
 X  Other:   Court and counsel confer concerning Jury Note No. 4 and 5. Court and counsel further confer concerning the verdict form.

|  | 1 | : | 56 |
|---|---|---|---|
|  | Initials of Deputy Clerk | PS |  |

cc: