UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 10-2735 PA (VBKx) |
| Title: | Creative Integrated Systems, Inc. v. Nintendo of America, Inc., et al. |
| Date | March 18, 2014 |

Present: The Honorable  Percy Anderson, U.S. District Court Judge

| Paul Songco | Leandra Amber |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Todd Vare | Daniel O'Connor, D. James Pak |

____  Day Court Trial        11th  Day Jury Trial

____ One day trial:    ____ Begun (1st day);    X  Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
____ Witnesses called, sworn and testified.    ____ Exhibits Identified    ____ Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    X  Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for ____    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    ____ Briefs to be filed by ____
____ Motion to dismiss by ____    is  ____ granted.  ____ denied.  ____ submitted.
____ Motion for mistrial by ____    is  ____ granted.  ____ denied.  ____ submitted.
____ Motion for Judgment/Directed Verdict by ____    is  ____ granted.  ____ denied.  ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
X   Case continued to  March 19, 2014 at 8:00 a.m.  for further trial/further jury deliberation.
X   Other:  Court and counsel confer concerning Jury Note No. 6 and 7.

1 : 24

Initials of Deputy Clerk  PS

cc: